ROBERT F. NORTON, Appellant, v. JAMES H. R. CROMWELL and Another, Defendants, Impleaded with DELPHINE D. GODDE, Sued Herein as "DELPHINE DODGE CROMWELL BAKER," Respondent.— Order granting motion of defendant-respondent for the issuance of a commission to take testimony of certain parties in London, England, unanimously reversed, with twenty dollars costs and disbursements, and motion denied. There is no authority, statutory or otherwise, for the examination of a party or witness on a preliminary motion separate and apart from a trial. (Matter of Erlanger, 231 App. Div. 70, 72.) Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

WILLIAM R. WHITE, Successor to GEORGE W. EGBERT, as Superintendent of Banks of the State of New York, Respondent, v. PEARL ADLER and Others, Defendants, Impleaded with MORRIS L. AARONSON, Appellant.— Order granting plaintiff's motion for an examination of defendant-appellant before trial and for a discovery and inspection, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

MAURICE SCHACK, Respondent, v. NEW YORK SAFETY RESERVE FUND, Appellant, Impleaded with Others.— Order granting plaintiff's motion for an examination of defendant-appellant before trial, and for the production of books and records, etc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE BOULDER FLUORSPAR & RADIUM COMPANY and JOSEPH H. HARDY, Appellants, Impleaded with Others.— Order granting plaintiff's motion for an injunction pendente lite unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of GRAY CHEMISTS, INC., Respondent, for a Mandamus Order against EDWARD P. MULROONEY, Chairman, and Others, Members of and Constituting the State Liquor Authority, Appellants.— Order granting petitioner's motion to dismiss defendants' objections to the petition and alternative order of mandamus, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of the Assignment for the Benefit of Creditors of Ross DRUG Co., INC., Assignor, to NEW YORK CREDIT MEN'S ASSOCIATION, Assignee-Respondent. MANUFACTURERS TRUST COMPANY and 23 LEXINGTON AVE. CORPORATION, Appellants.— Order granting motion of New York Credit Men's Association for an order adjudging a certain chattel mortgage made by the Ross Drug Co., Inc., to the Manufacturers Trust Company, as trustee, etc., as mortgagee, invalid and void, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.